

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 3:12CR033 |
| | ) |
| v. | ) 18 U.S.C. §§ 2251(d)–(e) |
| | )   Advertising Child Pornography |
| PHILIP MICHAEL SEBOLT, | ) (Count 1) |
| | ) |
| *Defendant.* | ) 18 U.S.C. § 2253 |
| | )   Forfeiture Notice |

# INDICTMENT

March 2012 Term — At Richmond, Virginia.

THE GRAND JURY CHARGES THAT:

## COUNT ONE
(Advertising Child Pornography)

From on or about January 1, 2010, through on or about February 19, 2010, in the Eastern District of Virginia, the defendant, PHILIP MICHAEL SEBOLT, knowingly made, printed, or published, or caused to be made, printed, or published, a notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce a visual depiction involving the use of a minor engaging in sexually explicit conduct, and knew or had reason to know that such notice or advertisement would be transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer or mailed, after having been convicted of two or more offenses under federal law or the laws of any State relating to the sexual exploitation of children, to wit: predatory criminal sexual assault of a child, possession of child pornography, transportation of

1

child pornography, and the advertisement of child pornography.

(In violation of Title 18, United States Code, Sections 2251(d)–(e)).

## FORFEITURE NOTICE

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that, if convicted of Count One, the defendant shall forfeit to the United States his interest in any visual depiction produced, transported, mailed, shipped, or received in violation of this Title 18, United States Code, Sections 2251 *et seq.*, and any property, real or personal, constituting or traceable to gross profits or other proceeds or used or intended to be used to commit or promote the commission of such offense(s).

(In accordance with Title 18, United States Code, Section 2253.)

A TRUE BILL:

_____
FOREPERSON

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

_____
Thomas K. Johnstone IV
Special Assistant United States Attorney

_____
Elizabeth C. Wu
Assistant United States Attorney

2