CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Spencer
REPORTER: Kull
DOCKET NO. 312cr33
DATE: 3/13/12

UNITED STATES OF AMERICA
v.
COUNSEL

1. Philip Michael Sebolt         1. Valencia Roberts
2.                                2.
3.                                3.
4.                                4.

APPEARANCES: GOVERNMENT Thomas Johnstone, SAUSA  Elizabeth Wu, AUSA
DEFENDANT WITH COUNSEL ( )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT (✓)  REARRAIGNMENT/GUILTY PLEA ( )  MOTIONS ( )
OTHER: _____ ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

ARRAIGNMENT PROCEEDINGS:

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | Sebolt | ✓ | | | ✓ | ✓ | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED (✓)
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS:
( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within ___ days; Responses due ___ days thereafter; ___ days for Reply. Contact Chambers to schedule oral argument, if necessary.
( ) Jury Instructions to be filed one (1) week prior to trial.
( ) Agreed Discovery Order presented; entered by Court.
( ) Motion of Defendant(s) for continuance of trial beyond 70 days; granted.

CASE CONTINUED TO: 5/9, 20 12 AT 10:00 A.M. FOR Jury Trial

CASE SET: 900   BEGAN: 906   ENDED: 9:11   TIME IN COURT: :05