IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:12CR033 |
| | ) | |
| PHILIP MICHAEL SEBOLT, | ) | Trial: September 13, 2012 |

## TRIAL EXHIBITS FOR THE UNITED STATES

The United States of America, by and through undersigned counsel, hereby submits its exhibit list.

| EXHIBIT | DESCRIPTION |
|---|---|
| | |
| 1a | Outbound envelope addressed to Buddhika Jinadari (Sri Lanka) |
| 1b | Card |
| 1c | Letter |
| 1d | Note (found in compartment) |
| 2a | Incoming envelope addressed to Philip Sebolt from Roda Tekeste (Ethiopia) |
| 2b | Card |
| 2c | Letter |
| 2d | Photograph |
| 2e | Note (in compartment) |
| 3 | Outbound envelope and flyer addressed to Buddhika Jinadari (Sri Lanka) |
| 4 | Outbound envelope and form request to Furnishing Inmates with Reading Materials |
| 5a | Outbound enwelope addressed to Roda Tekeste (Ethiopia) |

| | |
|---|---|
| 5b | Letter |
| 5c | Pictures and sketches |
| 6 | National Geographic book containing cut-out pictures |
| 7 | Book/magazine request form letter |
| 8 | Forensic questioned document Q1 with bar code (Q1a through Q1f) |
| 9 | Bar code for forensic questioned document Q2 |
| 10 | Bar code for forensic questioned document Q3 |
| 11 | Demonstrative chart re: addresses |
| 12 | Demonstrative chart re: common words |
| 13 | Forensic report of examination, dated March 13, 2012 |
| 14 | Letter from Philip Sebolt to Dover Publications |
| 15 | Letter from Philip Sebolt to Ciela LLC |
| 16 | Letter from Philip Sebolt to Candy Brown |
| 17 | Conviction order from Northern District of Illinois |
| 18 | Conviction order from State of Illinois |

Respectfully Submitted,

Neil H. MacBride
U.S. Attorney


By: \_\_\_\_\_/s/_____
Elizabeth C. Wu
Assistant U.S. Attorney
Office of the United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
elizabeth.c.wu@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

>Valencia D. Roberts
>Counsel for Defendant
>Office of the Federal Public Defender
>701 East Broad Street, Suite 3600
>Richmond, Virginia 23219
>valencia_roberts@fd.org

>_____/s/_____
>Elizabeth C. Wu
>Assistant U.S. Attorney
>Thomas K. Johnstone, IV
>Special Assistant U. S. Attorney
>Office of the United States Attorney
>600 E. Main Street, Suite 1800
>Richmond, VA 23219
>Phone: (804) 819-5400
>Fax: (804) 771-2316
>elizabeth.c.wu@usdoj.gov