CRIMINAL TRIAL PROCEEDINGS
MINUTE SHEET                                        DATE: 9/13/12

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>UNITED STATES OF AMERICA<br>v<br>PHILIP MICHAEL SEBOLT | CRIMINAL NO: 3:12CR33<br><br>JUDGE: Gibney<br>CT REPORTER: ~~G. Halasz~~ J. Kull, OCR |

MATTER COMES ON FOR:    JURY TRIAL ( )    BENCH TRIAL (X)

APPEARANCES:    DFT WITH COUNSEL <u>Valencia D. Roberts</u>
                GOV'T <u>Elizabeth C. Wu and Thomas K. Johnstone, IV</u>

BAIL STATUS:    DEFENDANT ON BOND ( )    DFT. INCARCERATED ( X )

**TRIAL PROCEEDINGS:** *
WITNESSES EXCLUDED ON MOTION OF: GOV'T ( ) DEFENDANT (✓) COURT ( )
OPENING STATEMENTS MADE (✓)    OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE (✓) RESTED (✓) MOTION (✓) Dft made Rule 29 motion -
DEFENDANT ADDUCED EVIDENCE ( ) RESTED (✓) MOTION ( ) Rule 29 motion    denied
REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( ) renewed - denied
EVIDENCE CONCLUDED (✓) ARGUMENTS OF COUNSEL HEARD (✓)
JUDGMENT: DEFENDANT <u>Guilty</u> AS CHARGED IN <u>Count 1</u> (✓)
PSR ORDERED (✓) or WAIVED BY THE DEFENDANT ( )    SGO ENTERED (✓)

CASE CON'T TO: <u>January 28</u>, 20<u>12</u> AT <u>9:00am</u> FOR <u>Sentencing</u> ( )

DEFENDANT CONTINUED ON PRESENT BOND ( )    DEFENDANT REMANDED TO CUSTODY (✓)

ALL EXHIBITS RETURNED TO COUNSEL (✓)

FURTHER NOTATIONS: *arguments heard on dft's motion for limine, the motion is denied; findings stated from the bench; the dft found guilty as charged in the indictment

SET: 10:00 am  BEGAN: 10:13 am  ENDED: 5:07  TIME IN COURT: 5 HRS 35 MIN.
RECESSES: 12:18 - 1:06 pm; 3:28 - 3:51 pm; 4:27 - 4:35 pm

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

UNITED STATES
V.
PHILIP MICHAEL SEBOLT

**EXHIBIT AND WITNESS LIST**

Case Number: 3:12CR33

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Wu/Johnstone | Roberts |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/13/12 | G. Halasz, OCR | Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Heather McWilliams |
| 1a | | | | ✓ | envelope |
| 1b | | | | ✓ | card |
| 1c | | | | ✓ | letter in card |
| 1d | | | | ✓ | note |
| 2a | | | | ✓ | envelope addressed to dft |
| 2b | | | | ✓ | card |
| 2c | | | | ✓ | letter |
| 2d | | | | ✓ | photo |
| 2e | | | | ✓ | note found in compartment |
| ✓ | | | | | Wendall Crooms |
| 3 | | | | ✓ | envelope, photos |
| 4 | | | | ✓ | envelope & letter |
| | | | | | incident report (on cross) |
| ✓ | | | | | Jermane Jones |
| | 1 | | | ✓ | Inmate Personal Property Form |
| ✓ | | | | | Scott Bernardo |
| 3 | | | | | |
| 4 | | | | | |
| 5a | | | | ✓ | envelope |
| 5b | | | | ✓ | letter |
| 5c | | | | ✓ | pictures |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | | | vs. | SEBOLT | CASE NO. 3:12CR33 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 6 | | | | ✓ | Book | |
| 6a | | | | ✓ | images in book | |
| 7 | | | | ✓ | Form letter for reading material | |
| ✓ | | | | | Randall Bland | |
| | 2 | | | ✓ | Bland's signed statement (on cross) | |
| | 3 | | | ✓ | FCI incident report (") | |
| ✓ | | | | | Lisa Stadmeyer + recognized as expert | |
| 8 | | | | ✓ | forensic questioned documents | |
| 5 | | | | | | |
| 3 | | | | | | |
| 11 | | | | ✓ | chart | |
| 12 | | | | ✓ | chart | |
| 13 | | | | ✓ | Forensic report | |
| ✓ | | | | | Mercedes Carroll | |
| 14 | | | | ✓ | letter | |
| 15 | | | | ✓ | letter | |
| 16 | | | | ✓ | letter | |
| 17 | | | | ✓ | Conviction order | |
| 18 | | | | ✓ | conviction order | |

Page _____ of _____ Pages