February 18, 2014

Philip Sebolt #14682-424
FCI Terre Haute
PO Box 33
Terre Haute, IN 47808

Clerk of the U.S. District Court
Eastern District of Virginia (Richmond)
701 East Broad St.
Richmond, VA 23219

Re: <u>Docket Notification & Docket Sheet; United States v. Sebolt,
12-CR-33 (E.D. Va)</u>

Dear Clerk of the Court,

    I am the defendant in the above case. My case was recently remanded for resentencing. See United States v. Sebolt, 13-4093 (4th Circuit). Because I plan to request my counsel of record to withdraw and request the Court to reappoint different counsel for resentencing, I, in the meantime request that my above address be entered in the Court's docketing system so that I may receive Docket Notices via the mail. I further request to receive a complete copy of the Docket Sheet in the above case. Thank you.

Sincerely,

Philip Sebolt

RECEIVED
FEB 26 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA



