February 27, 2014

Philip Sebolt #14682-424
FCI Terre Haute
PO BOX 33
Terre Haute, IN 47808

Clerk of the U.S. District Court
For the Eastern Dist. of Virginia (Richmond)
701 E. Broad St.
Richmond, VA 23219

Re: <u>Docket Sheet; United States v. Sebolt, 12-CR-33 (E.D. Va.)</u>

Dear Clerk of the Court,

    I am the defendant in United States v. Sebolt, 12-CR-33 (E.D. Va.) and I write to request an entire copy of the Docket Sheet for the above case.
    I additionally request that my address be placed on the Docket to receive Docket Notices in the above case.

Sincerely,

*Philip Sebolt*
Philip Sebolt

