FILED: March 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4093
(3:12-cr-00033-JAG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PHILIP MICHAEL SEBOLT

      Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Gregory, Judge Wynn, and Senior Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk