5-12-14

Dear Clerk of Court,

I need a copy of some documents from a case, but don't know how to acquire them.

The case number is 3:12-cr-00033-JAG-1. The documents I need are as follows:

1. Copy of Docket Sheet.
2. Copy of Writ ordering Donald Ray Locke to appear in court, as a witness.

Please advise me on how to obtain these documents through your office. I have enclosed a S.A.S.E. for your reply.

Respectfully,
Donald H

Donald Ray Locke
34072-018
P.O. Box 340
Salter, S.C. 29590

RECEIVED MAY 20 2014 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Name: Donald Ray Locke
Register Number: 34072-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590



RECEIVED
MAILROOM
MAY 15 2014
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

⇔34072-018⇔
U S Clerk Of Court
401 Courthouse SQ
Alexandria, VA 22314
United States