# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

May 21, 2014

Mr. Donald R. Locke  
Reg. No. 34072-018  
FCI Williamsburg  
Post Office Box 340  
Salter, South Carolina  29590

Re:   Criminal Action No. 3:12CR033  
       *United States v. Philip Michael Sebolt*

Dear Mr. Locke,

Thank you for your letter dated May 12, 2014. If you wish to purchase a copy of the public Docket Report from the above-style case, please remit $1.00. Your money order should be made payable to Clerk, U.S. District Court.

If you cannot afford the required copy fee, you may file a formal motion with the Court. Please include the reason(s) why you need the docket report.

Please <u>also</u> include a Certificate of Service with your motion. A Certificate of Service includes (1) a statement that you personally mailed a copy of the motion to the prosecuting Assistant United States Attorney; (2) the date you mailed the motion; and, (3) your original signature.

The public Docket Report does not reflect that a "Writ" was filed for your appearance.

Please let us know if we can provide you with any additional assistance.

Sincerely,  
FERNANDO GALINDO, Clerk

By: Robert L. Walker, Deputy Clerk