Re: Philip Sebolt                                                    May 19, 2014

To Honorable Judge Gibney,

We are writing to ask you to be lenient in resentencing Philip. He has been asking for professional help from the first day of his arrest. Anymore years of incarceration would hurt him more than help him. He is dealing with something much bigger than himself and cannot do this on his own. You can keep on punishing and punishing someone but it doesn't solve the problem. Treatment for his illness, pedophilia, should have been mandatory from the outset. Any other addiction would not have been neglected. Please keep this in mind so Philip can finally get treatment that he needs.

Philip was always active and never lazy. He worked various jobs during summer vacations and worked part-time while attending college full time. On his part-time UPS delivery service job they wanted to make him supervisor because he worked hard and learned fast. He had almost completed a bachelors degree in Computer Science.

A personal comment from Janet Sebolt, Philip's Mom: I want you to know that

Exhibit A

Philip is my only child. Philip grew up without a father. I saw to it that Philip had a good stable home and environment. His needs always came before my own. Philip was diagnosed with attention deficit disorder when he was in third grade and was treated for it. For all I know he could still be suffering from this condition. He was a respectful and well behaved child whom everybody liked. I never dreamed in a million years that my son was living a secret life as if a curse had been put on him. Even today and always I shall continue to love and help him in any way I can and will never give up on him! In resentencing him I ask you to envision him as a whole person who has many good qualities.

Respectfully yours,
Janet E. Sebolt (mother)
Roger Dvorak (uncle)