July 24, 2014

~~United~~

Clerk of the U.S. District Court
Eastern District of Virginia
701 E. Broad St.
Richmond, VA 23219

Philip Sebolt
Reg. No. 14682-424
FCI Terre Haute
PO Box 33
Terre Haute, IN 47808

Re: <u>United States v. Sebolt, 12-CR-33 (EDVA)</u>

Dear Clerk of the Court,

I am writing to request a copy of the current docket sheet in the above case. Thank you.

Sincerely,
Philip Sebolt



RECEIVED
JUL 2 9 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA



Philip Seifert
Reg. No. 14682-424
FCI Terre Haute
PO Box 33
Terre Haute, IN 47808

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460

25 JUL 2014 PM 2 L

U.S. MARSHAL'S SERVICE
INSPECTED

⟨14682-424⟩
Us District Court-
Eastern District of Va
701 E Broad ST
Richmond, VA 23219
United States

23219352899



RECEIVED
JUL 2 9 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA



RECEIVED
JUL 2 9 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA



RECEIVED
JUL 2 5 2014
BY

INMATE
IDENTIFICATION
CONFIRMED

U.S. Penitentiary
Terre Haute, IN 47808
Date _____ BY _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.