Mr. Donald R. Locke
Reg. No. 34072-018
F.C.I. Williamsburg
P.O. Box 340
Salters, South Carolina 29590

RECEIVED MAILROOM
AUG - 1 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Re: Criminal Action No. 3:12CR033                July 28, 2014
    United States v. Philip Michael Sebolt

Dear Clerk,
    I am in need of several documents from the above stiled case. Please tell me how to order these and what the cost will be. I need the following documents;

1. Copy of the witness list for both parties in this case. I am looking for documention that I was called as a witness in this case and which side called me to testify.

2. I need a copy of ALL reports filed by the investigating F.B.I. agents in connection with the initial reporting of this crime by the Bureau of Prison officials at F.C.I. Petersburg.

3. Any and all statements given by Bureau of Prison Staff, espically one named Mr. A.C. Broe.

4. Names of the investigating F.B.I. agent(s) in this case.

5. Copy of the Writ, calling me (Donald Ray Locke) to testify in this case. I know there is such a Writ because there is a copy in my Bureau of Prison file, but the prison officials refuse to let me have a copy of it or even read it. I was called to court in August 2012 and was in the courthouse on the day of the trial. I was held in the Hanover Regional Jail and returned to USP Tucson in September 2012, after the trial.

6. Copies of any and all statements or reports that mention me by name.

                                                    Sincerely,
                                                    Donald Ray Locke #34072-018
                                                    FCI Williamsburg
                                                    PO Box 340
                                                    Salters, S.C. 29590



RECEIVED
AUG - 6 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Name: Donald Ray Locke
Register Number: 39072-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

COLUMBIA SC 290
30 JUL 2014 PM 3 L

Office Of Clerk, U.S. Dist. Court
Eastern District Of Virginia
401 Courthouse Square
Alexandria, VA 22314-5798