# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

August 7, 2014

Mr. Donald R. Locke
Reg. No. 34072-018
FCI Williamsburg
Post Office Box 340
Salters, South Carolina 29590

Re: Criminal No. 3:12CR033
*United States v Sebolt.*

Dear Mr. Locke,

Thank you for your letter dated July 28, 2014. With regard to your request for copies of witness lists, we are enclosing a courtesy copy (two pages) of the **Government's Witness List**, which is the only witness list filed in the case.

With regard to your requests numbered 2, 3, 4 and 6, this office does not possess any such documents.

With regard to your request number 5, the public docket report does not reflect that any such document exists.

Please be aware that any additional copies from the case file will cost you ten cents per page.

Please let us know if we can provide you with any additional assistance.

Sincerely,
FERNANDO GALINDO, Clerk

By: Robert L. Walker, Deputy Clerk

Enclosures