FILED: February 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4547
(3:12-cr-00033-JAG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PHILIP MICHAEL SEBOLT

      Defendant - Appellant

_____

O R D E R

_____

The court denies the motion for extension of time to file a petition for rehearing and/or a petition for rehearing en banc.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk