FILED: February 25, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4547
(3:12-cr-00033-JAG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PHILIP MICHAEL SEBOLT

    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 02/03/2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*