FILED: June 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4547
(3:12-cr-00033-JAG-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PHILIP MICHAEL SEBOLT

       Defendant - Appellant

_____

O R D E R
_____

The court grants counsel's motion to withdraw from further representation.

The court denies appellant's motion for appointment of new counsel.

Entered at the direction of the panel: Judge Gregory, Judge Wynn and Senior Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk