

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

UNITED STATES OF AMERICA,      )
     Plaintiff-Respondant,  )
                     )
     v.                       )      Case No.: 12-cr-33
                     )
Philip M. Sebolt,              )      Judge John A. Gibney, Jr.
     Defendant-Movant,        )

### DECLARATION OF ROGER P. DVORAK
### IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL

I, Roger P. Dvorak, hereby declares as follows:

1.     That I am the uncle of Defendant, Philip M. Sebolt.

2.     At the request of my nephew, Philip, I typed a handwritten letter that he had mailed to me in approx. late October 2012. The letter was addressed to an Alan T. Robillard, a Forensic Document Examiner located in Vineyard Haven, MA. I mailed a few copies of the typed letter, (Attachment A), back to Philip at the Northern Neck Regional Jail for his review and so he can pass it along to Mr. Robillard.

3.     In addition, and at the request of Philip, I typed a second handwritten letter that he had also mailed to me in late 2012. This letter was addressed to his Judge, Gibney, and was in regards to his need for a handwriting expert. I mailed a few copies of the typed letter, (Attachment B), to Philip at the jail so that he may review it and pass it along to the court.

\*    \*    \*

I declare under the penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Executed on     __7/3/15__             _Roger Dvorak_
                                         Roger Dvorak



ATTN- Clerk of the Court

⇔14682-424⇔
Us District Court-
Eastern District of Va
701 E Broad ST
Richmond, VA 23219
United States

Priority Mail
Flate Rate

USPS TRACKING #

9114 9999 4423 8463 5937 92

